**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| STATE OF TEXAS, | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | §   Case No. 6:24-cv-0081-H |
| | § |
| | § |
| U.S. DEPT. OF THE INTERIOR, ET AL. | § |
| *Defendant* | § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Center for Biological Diversity _____, with offices at

3436 Magazine Street, FRNT PMB 539 _____
(Street Address)

New Orleans _____    LA _____    70115 _____
(City)                               (State)              (Zip Code)

(504) 342-4337 _____    _____
(Telephone No.)                         (Fax No.)

**II.**    Applicant will sign all filings with the name Lindsay E. Reeves _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Center for Biological Diversity

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Louisiana_____, where Applicant regularly practices law.

Bar license number: 32703_____    Admission date: 10/22/2009_____

For Court Use Only.
Bar Status Verified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Eastern District of Louisiana | 10/22/2009 | Active |
| Middle District of Louisiana | 10/22/2009 | Active |
| Western District of Louisiana | 10/22/2009 | Active |
| U.S. Fifth Circuit | 10/22/2009 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

  Not applicable                    _____

_____            _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

  Jon Mark Hogg _____ , who has offices at

  421 W. Concho Ave. _____
(Street Address)

  San Angelo _____        TX _____        76903 _____
(City)                               (State)                (Zip Code)

  (325) 777-0455 _____        _____
(Telephone No.)                       (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   23   day of May _____ , 2025 _____ .

  Lindsay E. Reeves _____
Printed Name of Applicant

*Lindsay Reeves*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.