**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF THE | § | |
| INTERIOR; U.S. FISH AND WILDLIFE | § | Case No. 6:24-CV-81-H |
| SERVICE; DOUGLAS BURGUM, in his | § | |
| official capacity as SECRETARY OF THE | § | |
| INTERIOR; and BRIAN NESVIK, in his | § | |
| official capacity as DIRECTOR OF THE | § | |
| U.S. FISH AND WILDLIFE SERVICE, | § | |
| | § | |
| *Defendants*. | § | |

**STATE OF TEXAS'S RESPONSE TO DEFENDANTS'
MOTION FOR VOLUNTARY REMAND**

Plaintiff, the State of Texas (Texas), respectfully submits its response to Defendants' Motion for Voluntary Remand, ECF 43, and brief in support thereof, ECF 44. Texas agrees with Defendants' concession that not all conservation efforts were considered in developing the final rule challenged in this case.[1] Texas also agrees with Defendants' request to remand the Final Rule for reevaluation. However, Defendants' Motion is silent as to vacatur.

For the reasons set forth in the accompanying brief, Texas urges this Court to grant Defendants' request and to vacate the Final Rule in accordance with Fifth Circuit precedent.

---

[1] *Endangered and Threatened Wildlife and Plants; Endangered Species Status With Critical Habitat for Guadalupe Fatmucket, Texas Fatmucket, Guadalupe Orb, Texas Pimpleback, Balcones Spike, and False Spike, and Threatened Species Status with Section 4(d) Rule and Critical Habitat for Texas Fawnsfoot*, 89 Fed. Reg. 48034 (June 4, 2024).

Dated:   May 1, 2026.                     Respectfully submitted,

                                          KEN PAXTON
                                          Attorney General of Texas

                                          BRENT WEBSTER
                                          First Assistant Attorney General

                                          RALPH MOLINA
                                          Deputy First Assistant Attorney General

                                          AUSTIN KINGHORN
                                          Deputy Attorney General for Civil Litigation

                                          KELLIE E. BILLINGS-RAY
                                          Chief, Environmental Protection Division

                                          */s/ Wesley S. Williams*
                                          WESLEY S. WILLIAMS
                                          Assistant Attorney General
                                          Texas Bar No. 24108009
                                          Wesley.Williams@oag.texas.gov

                                          CLARK C. REEDER
                                          Assistant Attorney General
                                          Texas Bar No. 24118678
                                          Clark.Reeder@oag.texas.gov

                                          CLAUDIA GUTIERREZ
                                          Assistant Attorney General
                                          Texas Bar No. 24140101
                                          Claudia.Gutierrez@oag.texas.gov

                                          OFFICE OF THE ATTORNEY GENERAL
                                          Environmental Protection Division
                                          P.O. Box 12548, MC-066
                                          Austin, Texas 78711-2548
                                          (512) 463-2012 | Fax: (512) 320-0911

                                          **COUNSEL FOR PLAINTIFF**
                                          **STATE OF TEXAS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, a copy of the foregoing document was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS